24-13409.

9/26/24

Hello, my name is Kashnir S. Young previous case number 2413409. I would like to amend my chapter 7 filing done on September 03, 2024 to a Chapter 13 Bankruptcy filing. My contact info is 267-518-7779 and my email is Ky.Sade13@gmail.com.

x Kashmir S. Young

**FILED**
SEP 26 2024
TIMOTHY McGRATH, CLERK
BY _____ DEP. CLERK