IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| **Kashmir Sade Young,** | : | |
| Debtor. | : | Case No. 24-13409 (PMM) |

## ORDER GRANTING MOTION TO CONVERT AND SETTING DEADLINES

**AND NOW**, upon consideration of the *pro se* Debtor's Letter Motion to Convert to Chapter 13 (doc. # 9, the "Motion");

AND a hearing with regard to the Motion having been held and concluded on October 9, 2024

AND for the reasons stated on the record at the hearing;

It is hereby **ordered** that:

1) The Motion is **granted**;

2) The Debtor's case is **converted** to chapter 13;

3) The Debtor must file all required schedules and statements, including a chapter 13 plan, on or before **October 23, 2024**; and

4) Failure to comply with the deadline set forth in paragraph 3 and or timely to make the required installment payments, see doc. #7, may result in **dismissal of this case without further notice or hearing.**

Dated: 10/9/24

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge

Copy to:
Kashmir Sade Young
1524 68th Ave
Philadelphia, Pa 19126